JCJ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :
                                :
vs.                             :   CRIMINAL NO. 9-161
ANTHONY HADAWAY                 :
                                :

FILED
NOV 05 2010
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**JUDGMENT OF ACQUITTAL/NOT GUILTY**

AND NOW, this 3RD day of NOVEMBER, 2010, came the attorney for the Government and the defendant being present with counsel, and

[ ]    The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]    A jury has been waived, and the Court has found the defendant not guilty as to:

[X]    The jury has returned its verdict, finding the defendant not guilty as to:  COUNT 3

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

J. CURTIS JOYNER, J.

cc:   U.S. Marshal
      Probation Office
      Counsel

November 3, 2010    AJM
Date                By Whom


Cr 1 (8/80)